AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NO. **00-008(DRD)** |
| **RODRIGUEZ-CORTES, et al.** | |

To the Clerk of this court and all parties of record:

Kindly enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| March 6, 2008 | *s// Ilianys Rivera Miranda* |
| Date | Ilianys Rivera Miranda #223006 |
| | Assistant U.S. Attorney |
| | 350 Torre Chardón, Suite 1201 |
| | Hato Rey, Puerto Rico 00918 |
| | (787) 766-5656 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 6th day of March, 2008.

*s// Ilianys Rivera Miranda*
Ilianys Rivera Miranda
Assistant U.S. Attorney